OSIAS STECHER, Respondent, *v.* LOUIS BIRNHACK, Appellant.

(Submitted October 3, 1932; decided October 11, 1932.)

*Saul S. Brin* for motion.
No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.